UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ELLIS LENTHALL,                       :
                                      :
        Plaintiff,                  :   Case No.: 1:20-cv-07219-CM
                                      :
    -against-                        :
                                      :
SPRING BANK PHARMACEUTICALS,          :
INC., MARTIN DRISCOLL, SCOTT SMITH,   :
DAVID ARKOWITZ, TODD BRADY,           :
TIMOTHY CLARKSON, KURT M.             :
EICHLER, and PAMELA KLEIN,            :
                                      :
        Defendants.                 :
                                      :
------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 10, 2020        Respectfully submitted,

                                              **MONTEVERDE & ASSOCIATES PC**

                                              */s/Juan E. Monteverde*
                                              Juan E. Monteverde (JM-8169)
                                              The Empire State Building
                                              350 Fifth Avenue, Suite 4405
                                              New York, New York 10118
                                              Tel: 212-971-1341
                                              Fax: 212-202-7880

                                              *Attorney for Plaintiff*